No. 98–1523. BUCHEK *v.* MONSANTO CO., INC. C. A. 8th Cir. Certiorari denied.

No. 98–1532. SCHULZ ET AL. *v.* NEW YORK STATE LEGISLATURE ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 98–1534. BANK ONE, TEXAS, NATIONAL ASSN., ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1537. MCNAB ET AL. *v.* GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied.

No. 98–1539. GLAVEY *v.* HIGHLAND LAKES COUNTRY CLUB & COMMUNITY ASSN. Super. Ct. N. J., Sussex County. Certiorari denied.

No. 98–1542. BAKER *v.* MERCEDES BENZ OF NORTH AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1543. HAAS *v.* SCHALOW ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1545. DOE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–1549. HARRISON, REPRESENTATIVE OF THE ESTATE OF BALL, ET AL. *v.* NEVADA INDUSTRIAL INSURANCE SYSTEM. Sup. Ct. Nev. Certiorari denied.

No. 98–1552. IN RE EGBUNE. Sup. Ct. Colo. Certiorari denied.

No. 98–1557. SALEHPOUR *v.* UNIVERSITY OF TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1563. KAPLAN *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1573. FARMERS INSURANCE EXCHANGE *v.* DENESHA. C. A. 8th Cir. Certiorari denied.